IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FREEDOM WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 1:09-cv-02398-RWR |
| | ) | |
| THE HONORABLE BARACK OBAMA, | ) | |
| | ) | |
| OBAMA HEALTH REFORM DE FACTO ADVISORY COMMITTEE; et al. | ) ) | |
| | ) | |
| Defendants | ) | |

**MOTION TO SHORTEN TIME TO RESPOND TO COMPLAINT
AND FOR STATUS CONFERENCE**

Plaintiff, Freedom Watch, moves this honorable court for an order shortening the response time to the Complaint and for a status conference, and as grounds therefore would show:

1. Plaintiff served the Complaint on March 4, 2010.

2. The Clerk of the Court inadvertently put 60 days as the response time, whereas 20 days applies under the Federal Advisory Committee Act, which incorporates the Freedom of Information Act.

3. There is a compelling need for the American people to have the information and access to the health care deliberations with outside lobbyists as quickly as possible, as Congress is about to vote on proposed legislation.

WHEREFORE, Plaintiff respectfully requests that the response time be shortened to the legally required 20 days, and that a status conference be set given the exigencies involved.

                                                                                         _____

Larry Klayman, Esq.
DC Bar No. 334581
KLAYMAN LAW FIRM
2000 Pennsylvania Avenue, N.W.
Suite 345
Washington, D.C. 20006
310-595-0800
Attorneys for Plaintiff