```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
**FREEDOM WATCH, INC.**,       )
                              )
       Plaintiff,         )
                              )
       v.                 )   Civil Action No. 09-2398 (RWR)
                              )
**BARACK OBAMA**, _et al._,    )
                              )
       Defendants.        )
_____)

### ORDER

Plaintiff a filed motion to shorten the time to respond to the complaint and for a status conference, docketed as a motion to amend the summonses issued to the defendants, stating that the summonses issued by the Clerk prescribed a 60-day deadline for responding to the complaint. Plaintiff alleges in its complaint a violation of the Freedom of Information Act, and defendants must file an answer or other response to a complaint alleging such a violation "within thirty days after service upon the defendant[.]"  5 U.S.C. § 552(a)(viii)(C). Accordingly, it is hereby

ORDERED that plaintiff's motion [2] to shorten the time to respond to the complaint and for a status conference be, and hereby is, GRANTED in part and DENIED in part. The defendants shall answer or otherwise respond to the complaint within thirty days after service was made. The request for a status conference is denied. Plaintiff is reminded to comply with LCvR 7(c) when

filing any future motions.  The Clerk's Office is directed to send a copy of this Order by email to rudolph.contreras@usdoj.gov and by U.S. mail to the United States Attorney's Office, c/o Rudolph Contreras, Civil Division Chief, 555 4th Street, NW, Washington, DC 20530.

SIGNED this 16th day of March, 2010.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```